CO-386-online
10/03

# United States District Court
# For the District of Columbia

SUPRA TELECOMMUNICATIONS AND )
INFORMATION SYSTEMS, INC. )
                              )
                              )
              Plaintiff       )    Civil Action No._____
         vs                   )
                              )
AT&T CORP.,                   )
AT&T COMMUNICATIONS, INC., AND )
DOES 1-20                     )
                              )
              Defendant       )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  SUPRA TELECOMMUNICATIONS AND INFORMATION SYSTEMS, INC.  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  SUPRA TELECOMMUNICATIONS AND INFORMATION SYSTEMS, INC.  which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

_____
Attorney of Record
_____
Signature

484434
BAR IDENTIFICATION NO.

Anitra D. Goodman
Print Name

Swidler Berlin LLP, 3000 K Street, NW, Suite 300
Address

Washington        DC           20007
City              State        Zip Code

(202) 424-7500
Phone Number