U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Supra Telecommunications and Information Systems, Inc.

vs.

AT&T Corporation, et al.

No. 1:05-CV-01785

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons, Complaint, Notice Of Right To Consent To Trial Before A United States Magistrate Judge, Certificate Rule LCvR 7.1, Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

    That my date of birth / age is 11-26-1971.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 11:00 am on September 15, 2005, I served AT&T Corporation c/o CT Corporation System at 1015 15th Street, NW, Suite 1000, Washington, DC 20005 by serving Anthony Serrette, Fulfillment Specialist, authorized to accept. Described herein:

```
    SEX-    MALE
    AGE-    40
 HEIGHT-    5'8"
   HAIR-    BALD
 WEIGHT-    170
  COLOR-    BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  9-15-05  
             Date

DANIEL F. PORTNOY  
1827 18th Street, N.W.,  
Washington, D.C. 20009  
Our File#- 158547

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SUPRA TELECOMMUNICATIONS AND
INFORMATION SYSTEMS, INC.

**SUMMONS IN A CIVIL CASE**

V.

AT&T CORP.,
AT&T COMMUNICATIONS, INC., AND
DOES 1-20.

CASE NU

CASE NUMBER   1:05CV01785

JUDGE: Ellen Segal Huvelle

DECK TYPE: General Civil

DATE STAMP: 09/08/2005

TO: (Name and address of Defendant)

AT&T CORP.
c/o CT Corporation System
1015 15th Street, NW, Suite 1000
Washington, DC  20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eric J. Branfman
Joshua M. Bobeck
Anitra D. Goodman
Swidler Berlin LLP
3000 K Street, NW, Suite 300
Washington, DC 20007

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON            SEP 0 8 2005

CLERK                                  DATE

_/s/ Maureen Higgins_
(By) DEPUTY CLERK