U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Supra Telecommunications and Information Systems, Inc.

vs.

AT&T Corporation, et al.

No. 1:05-CV-01785

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons, Complaint, Notice Of Right To Consent To Trial Before A United States Magistrate Judge, Certificate Rule LCvR 7.1, Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 11:00 am on September 15, 2005, I served AT&T Communications, Inc. c/o CT Corporation System at 1015 15th Street, NW, Suite 1000, Washington, DC 20005 by serving Anthony Serrette, Fulfillment Specialist, authorized to accept. Described herein:

```
SEX-     MALE
AGE-     40
HEIGHT-  5'8"
HAIR-    BALD
WEIGHT-  170
COLOR-   BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  9-15-05
             Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 158548

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SUPRA TELECOMMUNICATIONS AND
INFORMATION SYSTEMS, INC.

**SUMMONS IN A CIVIL CASE**

V.

AT&T CORP.,
AT&T COMMUNICATIONS, INC., AND
DOES 1-20.

CASE NUMB

CASE NUMBER  1:05CV01785

JUDGE: Ellen Segal Huvelle

DECK TYPE: General Civil

DATE STAMP: 09/●/2005

TO: (Name and address of Defendant)

AT&T COMMUNICATIONS, INC.
c/o CT Corporation System
1015 15th Street, NW, Suite 1000
Washington, DC 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eric J. Branfman
Joshua M. Bobeck
Anitra D. Goodman
Swidler Berlin LLP
3000 K Street, NW, Suite 300
Washington, DC 20007

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON            SEP 0 8 2005
CLERK                                  DATE

(By) DEPUTY CLERK